AO 106 (Rev. 04/10) Application for a Search Warrant         EC

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

The residence located at 2750 Hilliard Rome Road, Hilliard, Ohio, inclduing any curtilage or detached buildings and garages any computers or digital media located therein and attributed to Kevin Ireland (DOB: 4/14/1988)

Case No. 2:24-mj-516

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT B INCORPORATED HEREIN BY REFERENCE

located in the    Southern    District of    Ohio   , there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT C INCORPORATED HEREIN BY REFERENCE

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251 | Sexual exploitation of a Minor/Advertisement/Solicitation for child pornography |
| 18 U.S.C. 2252 and 2252A | Possession, distribution, and/or receipt of child pornography |

The application is based on these facts:
See attached affidavit incorporated herein by reference

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

FBI TFO Amanda North
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/25/2024

*Judge's signature*

City and state: Columbus, Ohio     Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*